No. 84–812. GRAND TRUNK WESTERN RAILROAD *v.* MULAY PLASTICS, INC. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 84–1128. DiGILIO *v.* NEW JERSEY. Super. Ct. N. J., Chancery Div. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.†